UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW WILLIAM HELSEL,

    Defendant.
_____/

Case No. 1:16-cr-207

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on November 3, 2016 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and Recommendation of the Magistrate Judge (Dkt 9) is approved and adopted as the opinion of the Court.

2.  Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Counts One and Two of the Felony Information.

3.  The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  November 22, 2016                      /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge